IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| CATHASAIGH NICOLE MOLEK,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY;<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:25-CV-01214-CBB |

**ORDER**

AND NOW, this 30th day of September, 2026, upon consideration of Molek's motion for summary judgment ECF No. 16,

IT IS HEREBY ORDERED that Plaintiff's motion is DENIED.

IT IS FURTHER ORDERED that the Commissioner's decision denying Plaintiff's claims for disability benefits is AFFIRMED. A separate Fed. R. Civ. P. 58 Judgment Order follows.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge